## 52093. DAVIS v. BEN O'CALLAGHAN COMPANY.

MARSHALL, Judge.

Our judgment in *Davis v. Ben O'Callaghan Co.*, 139 Ga. App. 22 (227 SE2d 837), has been affirmed in part and reversed in part. *Davis v. Ben O'Callaghan Co.*, 238 Ga. 218. Accordingly, in conformity with the mandate of the opinion by the Supreme Court, that portion of the trial court's judgment directing a verdict of $40,000 in favor of Ben O'Callaghan Company is affirmed, but that portion of the trial court's judgment confirming the jury's award of $10,000 punitive damages is reversed.

*Judgment affirmed in part and reversed in part. McMurray and Smith, JJ., concur.*

DECIDED MARCH 8, 1977.

*Glenville Haldi, Cotton, Katz & White, Richard A. Katz, J. Michael Lamberth,* for appellant.

*Lipshutz, Zusmann, Sikes, Pritchard & Cohen, Winston H. Morriss,* for appellee.